UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106

By: Jeffrey E. Jenkins, Esquire

Order Filed on January 2, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

| In Re: | Steven J. Bombaro<br>debtor(s) |
|---|---|

Case Number: 17-34784

Hearing Date: _____

Judge: JNP

Chapter: 13

Recommended Local Form: ☒ Followed   ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 2, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒   Granted.  The deadline to file schedules is extended to _____1/5/2018_____.

☐   Denied.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-34784-JNP
Steven J. Bombaro                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 1              Date Rcvd: Jan 02, 2018
                                Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
db             +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:
      Eric Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
      Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                                                                          TOTAL: 6