

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>Steven J. Bombaro | Case No.: _____17-34784_____<br><br>Chapter: _____13_____<br><br>Judge: _____Poslusny_____ |

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E/F, F, G, H**
**OR LIST OF CREDITORS**

The relief set forth on the following page is **ORDERED**.

Date: __1/9/18_____            /S/ Judge Jerrold N. Poslusny Jr._____
                                    Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____

or to the List of Creditors on _____01/05/2018_____, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or

party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days

after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not

later than 14 days after the date of this Order, the following:

1.      A copy of the applicable *Notice of Chapter* ____13____ *Bankruptcy Case,* and

2.      In a Chapter 11 case:
        a) a copy of the last modified plan and disclosure statement, if any, and
        b) a copy of any order approving the adequacy of the disclosure statement and/or
           the scheduling of the plan for confirmation.

3.      In a Chapter 12 or Chapter 13 case:
        a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
        b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the

debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above

requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-34784-JNP
Steven J. Bombaro                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 09, 2018
                              Form ID: pdf903      Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db            +Steven J. Bombaro,   3 Laurel Avenue,   Berlin, NJ 08009-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
          Eric  Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III   on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                            TOTAL: 6