Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 17–34784–JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J. Bombaro
   dba Cousins Garden Design, LLC
   3 Laurel Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx–xx–6279

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              2/21/18
Time:             10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 10, 2018
JAN: bed

                                                            Jeanne Naughton
                                                            Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                          Case No. 17-34784-JNP
Steven J. Bombaro                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                Page 1 of 2             Date Rcvd: Jan 10, 2018
                              Form ID: 132               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2018.
db             +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217
517268579     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268573      +Bank of America,    c/o of powers Kim,LLC,   728 Marne Highway,    Ste 200,
                 Moorestown, NJ 08057-3128
517268582       Business Card,    PO Box 15710,   Wilmington, DE 19886-5710
517268589       CNH Industrial Capital,    PO Box 292,   Racine, WI 53401-0292
517268584      +Cap One,    PO Box 30253,   Salt Lake City UT 84130-0253
517268585      +Capital One Bank,    PO Box 70884,   Charlotte, NC 28272-0884
517268587       Chase Freedom,    PO Box 15153,   Wilmington, DE 19886-5153
517268588       Chase Ink,    PO Box 15298,   Wilmington, DE 19850-5298
517268590      +County Conservation,    212 Blackwood Barnsboro Road,    Sewell, NJ 08080-4202
517268574       Ditech,    PO Box 7169,   Pasadena, CA 91109-7169
517268591      +GM Financial,    PO Box 181145,   Arlington, TX 76096-1145
517268592       Ink by Chase,    PO Box 15298,   Wilmington, DE 19850-5298
517220784      +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
517268593      +Johnson Nursery Corp,    c/o JL Russell & Associates LTD,    13700 State Road,   Ste 4,
                 North Royalton, OH 44133-3967
517268577       State of NJ,    Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445
517220786       State of New Jersey,    Division of Taxation,    PO Box 445,   Trenton, NJ 08695-0445
517268596      +Suburban Family,    110 Centre Blvd,   Marlton, NJ 08053-4106
517260154       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
517268575      +Wells Fargo Home Mortgage,    PO Box 3117,   Winston Salem NC 27102-3117
517268597      +Woodbury Cement Products,    630 S. Evergreen Avenue,    Woodbury Heights, NJ 08097-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2018 23:25:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2018 23:25:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517268578      +E-mail/Text: bkr@cardworks.com Jan 10 2018 23:24:43     Advanta Bank,   PO Box 9217,
                 Old Bethpage, NY 11804-9017
517268583      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 23:35:29     Cach LLC,
                 4340 S. Monaco Street,    Unit 2,   Denver CO 80237-3485
517268586       E-mail/Text: bnc@alltran.com Jan 10 2018 23:24:49     Chase Bank USA NA,
                 c/o United Recovery Systems,    PO Box 722929,   Houston, TX 77272-2929
517220783       E-mail/Text: cio.bncmail@irs.gov Jan 10 2018 23:25:07     IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517268595       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2018 00:03:04
                 Portfolio Recovery Assoc LLC,    c/o Thomas Murtha,    140 Corporate Blvd,   Norfolk, VA 23502
517252511       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 23:52:09
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
517268594       E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 23:29:32     Pay Pal,   PO Box 960080,
                 Orlando, FL 32896-0080
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517220781       Bank of America
517220782       Greentree
517220785       Schedule F debt
517220787       Wells Fargo Home Mortgage
517268580*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268581*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO box 982235,    El Paso, TX 79998)
517268576*     +IRS,   PO Box 7346,    Philadelphia, PA 19101-7346
517268598*     +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
                                                                                   TOTALS: 4, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Jan 10, 2018
                               Form ID: 132             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2018 at the address(es) listed below:
          Eric   Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 6
```