Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34784−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J. Bombaro
   dba Cousins Garden Design, LLC
   3 Laurel Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−6279

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

   Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: February 26, 2018
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven J. Bombaro  
      Debtor

Case No. 17-34784-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1　　User: admin　　Page 1 of 1　　Date Rcvd: Feb 26, 2018  
　　　　　　　　　　　Form ID: finmgtc　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db　　　　+Steven J. Bombaro,　 3 Laurel Avenue,　 Berlin, NJ 08009-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg　　　　　E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 00:05:44　　U.S. Attorney,　 970 Broad St.,　 Room 502,　 Rodino Federal Bldg.,　 Newark, NJ　 07102-2534  
smg　　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 00:05:42　　United States Trustee,　 Office of the United States Trustee,　 1085 Raymond Blvd.,　 One Newark Center,　 Suite 2100,　 Newark, NJ 07102-5235  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:  
　　　　Eric　 Clayman　 on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  
　　　　Isabel C. Balboa　 ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
　　　　Jeffrey E. Jenkins　 on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
　　　　Rebecca Ann Solarz　 on behalf of Creditor　 Ditech Financial LLC rsolarz@kmllawgroup.com  
　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　William M.E. Powers　 on behalf of Creditor　 Bank of America, N.A. ecf@powerskirn.com  
　　　　William M.E. Powers, III　 on behalf of Creditor　 Bank of America, N.A. ecf@powerskirn.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 7