**JENKINS & CLAYMAN**
Jeffrey E. Jenkins
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Steven Bombaro<br>Debtor | CHAPTER 13 CASE NO. 17-34784 |
|  | DEBTOR'S CERTIFICATION IN SUPPORT OF CONFIRMATION |

I, Steven Bombaro, by way of Certification hereby state:

1. I am the Chapter 13 debtor and I am authorized to make this certification.

2. In my Chapter 13 case I see the Trustee was asking about information regarding various bank accounts. The purpose of this certification is to explain my status and my business's status regarding bank accounts.

3. My business, Cousin's Garden Design, LLC, has a checking account with TD Bank. My name is not on that account, but I do end up using that account to some extent. I have sent the Trustee one year's worth of statements from that particular account. I do not have a bank account myself (in just my own name).

4. I have a second business account with Republic Bank that I opened this year (for Cousin's Garden Design, LLC). I do not use this account much at all, I just keep minor amounts of money in it. The most it would normally have would be $1,000.00 in the account.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date:  7/9/2018                                                      /s/ Steven Bombaro
                                                                                Steven Bombaro, debtor