| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

In Re:

Case No.: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ❑ represent the _____ in the above-captioned matter.

    ❑ am the secretary/paralegal for _____, who represents the
    _____ in the above captioned matter.

    ❑ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: _____          _____
                                                                              Signature

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |
| | | ❑ Hand-delivered<br>❑ Regular mail<br>❑ Certified mail/RR<br>❑ E-mail<br>❑ Notice of Electronic Filing (NEF)<br>❑ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |
| | | ❑ Hand-delivered <br> ❑ Regular mail <br> ❑ Certified mail/RR <br> ❑ E-mail <br> ❑ Notice of Electronic Filing (NEF) <br> ❑ Other _____ <br>     (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |
|  |  | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>    (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*