UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS & CLAYMAN
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Steven Bombaro
debtor(s)

Case No.: 17-34784

Adv. No.: 

Hearing Date: 10/17/2018

Judge: JNP

## CERTIFICATION OF SERVICE

1. I, _____Amberly Arnold_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for ___Eric J Clayman___, who represents the ___Debtor(s)___ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On ___9/12/2018___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   January 9, 2018 Order Respecting Amendments to Schedule(s)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 9/12/2018

/s/ Amberly Arnold
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Advanta Bank<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO BOX 9217<br>Old Bethpage NY 11804-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bank of America<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 15019<br>Wilmington DE 19886-5019 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Business Card<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO BOX 15710<br>Wilmington DE 19886-5710 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cach LLC<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>4340 S. Monaco Street<br>Unit 2<br>Denver CO 80237-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital One Bank<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 70884<br>Charlotte NC 28272-0884 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Chase Freedom<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 15153<br>Wilmington DE 19886-5153 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CNH Industrial Capital<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 292<br>Racine WI 53401-0292 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| County Conservation<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>212 Blackwood Barnsboro Road<br>Sewell NJ 08080-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| GM Financial<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 181145<br>Arlington TX 76096-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ink by Chase<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 15298<br>Wilmington DE 19850-5298 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Johnson Nursery Corp<br>c/o JL Russell & Associates Ltd<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>13700 State Road<br>Suite 4<br>North Royalton OH 44133-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pay Pal<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>PO Box 960080<br>Orlando FL 32896-0080 | Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>☑ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Portfolio Recovery Assoc LLC<br>c/o Thomas Murtha<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>140 Corporate Blvd<br>Norfolk VA 23502-0000 | Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>☑ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Suburban Family<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>110 Centre Boulevard<br>Marlton NJ 08053-0000 | Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>☑ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Woodbury Cement Products<br>ATTN: Officer/Managing or General Agent, or any other agent authorized by law to receive service of process<br>630 S. Evergreen Avenue<br>Woodbury Heights NJ 08097-0000 | Creditor | ❏ Hand-delivered<br>❏ Regular mail<br>☑ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |