Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34784−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J. Bombaro
   dba Cousins Garden Design, LLC
   3 Laurel Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−6279

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 11, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Steven J. Bombaro  
    Debtor

Case No. 17-34784-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Mar 11, 2019  
                   Form ID: 148    Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2019.

```
db              +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217
517268573       +Bank of America,    c/o of Powers Kirn,LLC,    728 Marne Highway,    Ste 200,
                  Moorestown, NJ 08057-3128
517313266       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517268582        Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
517336313        CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517268589        CNH Industrial Capital,    PO Box 292,    Racine, WI 53401-0292
517268590       +County Conservation,    212 Blackwood Barnsboro Road,    Sewell, NJ 08080-4202
517268574        Ditech,    PO Box 7169,    Pasadena, CA 91109-7169
517268592        Ink by Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517220784       +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
517268593       +Johnson Nursery Corp,    c/o JL Russell & Associates LTD,    13700 State Road,    Ste 4,
                  North Royalton, OH 44133-3967
517268577        State of NJ,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517220786        State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517268596       +Suburban Family,    110 Centre Blvd,    Marlton, NJ 08053-4106
517268575       +Wells Fargo Home Mortgage,    PO Box 3117,    Winston Salem NC 27102-3117
517268597       +Woodbury Cement Products,    630 S. Evergreen Avenue,    Woodbury Heights, NJ 08097-1006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr               EDI: FORD.COM Mar 12 2019 03:58:00      Ford Motor Credit Company LLC,    P.O. Box 62180,
                  Colorado Springs, CO  80962
517268578       +EDI: MERRICKBANK.COM Mar 12 2019 03:58:00      Advanta Bank,    PO Box 9217,
                  Old Bethpage, NY 11804-9017
517268579        EDI: BANKAMER.COM Mar 12 2019 03:58:00      Bank of America,    PO Box 15019,
                  Wilmington, DE 19886-5019
517268581        EDI: BANKAMER.COM Mar 12 2019 03:58:00      Bank of America,    PO box 982235,
                  El Paso, TX 79998
517314767        EDI: BANKAMER.COM Mar 12 2019 03:58:00      Bank of America, N.A.,    Bank of America,
                  P.O. Box 31785,    Tampa, FL 33631-3785
517268583       +EDI: RESURGENT.COM Mar 12 2019 03:58:00      Cach LLC,    4340 S. Monaco Street,    Unit 2,
                  Denver CO 80237-3485
517268584       +EDI: CAPITALONE.COM Mar 12 2019 03:58:00      Cap One,    PO Box 30253,
                  Salt Lake City UT 84130-0253
517268585       +EDI: CAPITALONE.COM Mar 12 2019 03:58:00      Capital One Bank,    PO Box 70884,
                  Charlotte, NC 28272-0884
517268586        EDI: URSI.COM Mar 12 2019 03:58:00      Chase Bank USA NA,    c/o United Recovery Systems,
                  PO Box 722929,    Houston, TX 77272-2929
517268587        EDI: CHASE.COM Mar 12 2019 03:58:00      Chase Freedom,    PO Box 15153,
                  Wilmington, DE 19886-5153
517268588        EDI: CHASE.COM Mar 12 2019 03:58:00      Chase Ink,    PO Box 15298,    Wilmington, DE 19850-5298
517281899        E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2019 00:24:57
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
517268591       +EDI: PHINAMERI.COM Mar 12 2019 03:58:00      GM Financial,    PO Box 181145,
                  Arlington, TX 76096-1145
517220783        EDI: IRS.COM Mar 12 2019 03:58:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517268595        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Assoc LLC,    c/o Thomas Murtha,
                  140 Corporate Blvd,    Norfolk, VA 23502
517334042        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                  Norfolk, VA 23541
517252511        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,    Norfolk VA 23541
517268594        EDI: RMSC.COM Mar 12 2019 03:58:00      Pay Pal,    PO Box 960080,    Orlando, FL 32896-0080
517260154        EDI: WFFC.COM Mar 12 2019 03:58:00      Wells Fargo Bank, N.A.,    1 Home Campus  X2303-01A,
                  Des Moines, IA 50328-0001
                                                                                               TOTAL: 21
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517220781        Bank of America
517220782        Greentree
517220785        Schedule F debt
517220787        Wells Fargo Home Mortgage
```

```
District/off: 0312-1          User: admin               Page 2 of 2                   Date Rcvd: Mar 11, 2019
                              Form ID: 148              Total Noticed: 37

517268580*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268576*     +IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517268598*     +Joe & Donna Pagano,   19 Hollybrook Drive,   Sewell, NJ 08080-1549
                                                                                              TOTALS: 4, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```