Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−34784−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J. Bombaro
   dba Cousins Garden Design, LLC
   3 Laurel Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−6279

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:     4/18/19
Time:     02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney,

COMMISSION OR FEES
FEE: $3797.50

EXPENSES
EXPENSES: $18.85

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: March 19, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 17-34784-JNP
Steven J. Bombaro                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Mar 19, 2019
                              Form ID: 137             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2019.
```
db             +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                Colorado Springs, CO  80962)
517268579     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268573      +Bank of America,    c/o of Powers Kirn,LLC,    728 Marne Highway,    Ste 200,
                Moorestown, NJ 08057-3128
517314767       Bank of America, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
517313266      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517268582       Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
517336313       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517268589       CNH Industrial Capital,    PO Box 292,    Racine, WI 53401-0292
517268587       Chase Freedom,    PO Box 15153,    Wilmington, DE 19886-5153
517268588       Chase Ink,    PO Box 15298,    Wilmington, DE 19850-5298
517268590      +County Conservation,    212 Blackwood Barnsboro Road,    Sewell, NJ 08080-4202
517268574       Ditech,    PO Box 7169,    Pasadena, CA 91109-7169
517268591      +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
517268592       Ink by Chase,    PO Box 15298,    Wilmington, DE 19850-5298
517220784      +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
517268593      +Johnson Nursery Corp,    c/o JL Russell & Associates LTD,    13700 State Road,    Ste 4,
                North Royalton, OH 44133-3967
517268577       State of NJ,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517220786       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517268596      +Suburban Family,    110 Centre Blvd,    Marlton, NJ 08053-4106
517260154       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
517268575      +Wells Fargo Home Mortgage,    PO Box 3117,    Winston Salem NC 27102-3117
517268597      +Woodbury Cement Products,    630 S. Evergreen Avenue,    Woodbury Heights, NJ 08097-1006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 23:36:13      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 23:36:10      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517268578      +E-mail/Text: bkr@cardworks.com Mar 19 2019 23:35:05      Advanta Bank,    PO Box 9217,
                Old Bethpage, NY 11804-9017
517268583      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2019 23:37:29      Cach LLC,
                4340 S. Monaco Street,    Unit 2,    Denver CO 80237-3485
517268584      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2019 23:37:23      Cap One,
                PO Box 30253,    Salt Lake City UT 84130-0253
517268585      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 19 2019 23:38:22      Capital One Bank,
                PO Box 70884,    Charlotte, NC 28272-0884
517268586       E-mail/Text: bnc@alltran.com Mar 19 2019 23:35:16      Chase Bank USA NA,
                c/o United Recovery Systems,    PO Box 722929,    Houston, TX 77272-2929
517281899       E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2019 23:35:47
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517220783       E-mail/Text: cio.bncmail@irs.gov Mar 19 2019 23:35:34      IRS,    PO Box 7346,
                Philadelphia, PA 19101-7346
517268595       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 23:37:27
                Portfolio Recovery Assoc LLC,    c/o Thomas Murtha,    140 Corporate Blvd,    Norfolk, VA 23502
517334042       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 23:37:50
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517252511       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 19 2019 23:37:22
                Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
517268594       E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 23:38:10      Pay Pal,    PO Box 960080,
                Orlando, FL 32896-0080
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517220781       Bank of America
517220782       Greentree
517220785       Schedule F debt
517220787       Wells Fargo Home Mortgage
517268580*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268581*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    PO box 982235,    El Paso, TX 79998)
517268576*     +IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
517268598*     +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
                                                                                 TOTALS: 4, * 4, ## 0
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 19, 2019
                              Form ID: 137             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M. E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor   Bank of America, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```