| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**  Eric J Clayman, Esquire  412 White Horse Pike  Audubon, NJ 08106  (856) 546-9696  Attorneys for the Debtor | |
| In Re:  Steven Bombaro  debtors | Case No.: 17-34784  Chapter: 13  Hearing Date: 6/6/18-3/6/19  Judge: JNP |

Order Filed on April 18, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: April 18, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $ 3797.50_____ for services rendered and expenses in the amount of $_____18.85_____ for a total of $_____3816.35____ . The allowance is payable:

___ through the Chapter 13 plan as an administrative priority.

___ outside the plan.

_X__ From funds the chapter 13 Trustee is holding up to the extent of this allowance.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the above fee.