---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-0852

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

---

In Re:

Steven J. Bombaro
dba Cousins Garden Design, LLC

Case No.: 17-34784-JNP

Hearing Date: 04/16/2019

Judge: Honorable Jerrold N. Poslusny, Jr.

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Leslie M. DeJesus:

   ☐ represent the _____ in the above captioned matter.

   ☒ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On May 7, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: May 7, 2019

Leslie M. DeJesus

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Eric J. Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ   08106 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
| Steven J. Bombaro<br>dba Cousins Garden Design, LLC<br>3 Laurel Avenue<br>Berlin NJ  08009 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.