| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>2016-0852<br><br>Powers Kirn, LLC<br>ecf@powerskirn.com<br>728 Marne Highway, Suite 200<br>Moorestown, NJ 08057<br>856-802-1000 | <br>Order Filed on May 16, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Steven J. Bombaro<br>dba Cousins Garden Design, LLC | Case No.:  17-34784-JNP<br><br>Hearing Date: 04/16/2019<br><br>Judge:  Honorable Jerrold N. Poslusny, Jr.<br><br>Chapter:  13 |

## ORDER ON MOTION TO VACATE DISMISSAL OF CASE

The relief set forth on the following pages is hereby **ORDERED**.

DATED: May 16, 2019

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Steven J. Bombaro
dba Cousins Garden Design, LLC
Case No.: 17-34784-JNP
Caption of Order: ORDER ON MOTION TO VACATE DISMISSAL OF CASE

Upon the debtor's motion to vacate dismissal of case which had been dismissed by prior Order of this Court and the opposition presented thereto by Powers Kirn, LLC, Attorney for Bank of America, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The debtor's motion to vacate dismissal is hereby granted and the order dismissing case is vacated effective on the date of this order. No action taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code.

2. That the real property know as 3 Laurel Avenue, Berlin, NJ 08009 is hereby surrendered to the secured creditor, Bank of America, N.A., and the automatic stay is hereby vacated to permit the secured creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue rights in the real property described as 3 Laurel Avenue, Berlin, NJ 08009. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

3. The Mortgagee shall serve this order on the debtor, debtor's counsel and the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven J. Bombaro  
    Debtor

Case No. 17-34784-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: May 16, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.  
db         +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:  
      David Nigro   on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  
      Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Eric Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
      John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
      William M. E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
      William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
      William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                                                                                        TOTAL: 12