**Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____
GURBIR S. GREWAL
Attorney General of New Jersey
Valerie Hamilton (018201995)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Valerie.Hamilton@law.njoag.gov
Tel: (609) 376-3256
Attorney for the New Jersey
Division of Taxation
```

| In re: | Case No.: 17-34784 (JNP) |
|---|---|
| STEVEN J. BOMBARO, | Hon. Jerrold N. Poslusny, U.S.B.J. |
| Debtors. | |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM
## OF THE NEW JERSEY DIVISION OF TAXATION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: Steven J. Bombaro
Case No.: 17-34784 (JNP)
CONSENT ORDER ALLOWING LATE PROOF OF CLAIM OF N.J. DIVISION OF TAXATION

This matter having been presented to the Court upon the consent of Debtor, Steven J. Bombaro ("Debtor"), by and through his counsel, Jenkins & Clayman (Eric J. Clayman, Esq., appearing) and the State of New Jersey, Division of Taxation ("N.J. Taxation"), by and through its counsel, Gurbir S. Grewal (Valerie A. Hamilton, DAG, appearing), for allowance of a late proof of claim by N.J. Taxation; and this Court having confirmed the Debtor's Second Modified Chapter 13 Plan [Docket No. 40] (the "Plan") by Order entered August 13, 2019 [Docket No. 59]; and on or about August 26, 2019, N.J. Taxation having filed a proof of claim ("Claim 10"), asserting a secured claim in the amount of $8,499.25 and a priority unsecured claim in the amount of $1,710.52; and the Debtor having consented to allowance of N.J. Taxation's Claim 10, notwithstanding its filing after the governmental bar date passed; and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT Claim 10 filed by N.J. Taxation on or about August 26, 2019, is hereby allowed in the amount and priority filed, as if it had been timely filed by N.J. Taxation; and

(2) IT IS FURTHER ORDERED THAT Claim 10 in the amount of $10,209.77 shall be paid in full through the Debtor's Chapter 13 Plan; ~~and~~ *subject to amendment once 2015 State Income Tax return is processed.* [handwritten initials]

(3) IT IS FURTHER ORDERED THAT the Plan will be amended to incorporate the terms of this Order; and

(4) IT IS FURTHER ORDERED that the Trustee is hereby authorized to make distributions on account of Claim 10.

CONSENTED AS TO FORM AND ENTRY:

| | |
|---|---|
| JENKINS & CLAYMAN<br>Attorneys for the Debtor<br><br>*/s/ Eric J. Clayman*<br>Eric J. Clayman, Esq. | GURBIR S. GREWAL<br>Attorney General of New Jersey<br>Counsel for New Jersey<br>Division of Taxation<br><br>*/s/ Valerie A. Hamilton*<br>Valerie Hamilton<br>Deputy Attorney General |