```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
────────────────────────────────
GURBIR S. GREWAL
Attorney General of New Jersey
Valerie Hamilton (018201995)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625
Valerie.Hamilton@law.njoag.gov
Tel: (609) 376-3256
Attorney for the New Jersey
Division of Taxation
```

Order Filed on October 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In re:

STEVEN J. BOMBARO,

    Debtors.

Case No.: 17-34784 (JNP)

Hon. Jerrold N. Poslusny, U.S.B.J.

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM OF THE NEW JERSEY DIVISION OF TAXATION

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: October 8, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Steven J. Bombaro
Case No.: 17-34784 (JNP)
CONSENT ORDER ALLOWING LATE PROOF OF CLAIM OF N.J. DIVISION OF TAXATION

This matter having been presented to the Court upon the consent of Debtor, Steven J. Bombaro ("Debtor"), by and through his counsel, Jenkins & Clayman (Eric J. Clayman, Esq., appearing) and the State of New Jersey, Division of Taxation ("N.J. Taxation"), by and through its counsel, Gurbir S. Grewal (Valerie A. Hamilton, DAG, appearing), for allowance of a late proof of claim by N.J. Taxation; and this Court having confirmed the Debtor's Second Modified Chapter 13 Plan [Docket No. 40] (the "Plan") by Order entered August 13, 2019 [Docket No. 59]; and on or about August 26, 2019, N.J. Taxation having filed a proof of claim ("Claim 10"), asserting a secured claim in the amount of $8,499.25 and a priority unsecured claim in the amount of $1,710.52; and the Debtor having consented to allowance of N.J. Taxation's Claim 10, notwithstanding its filing after the governmental bar date passed; and good and sufficient cause appearing for the entry of the within Order;

(1)    IT IS HEREBY ORDERED THAT Claim 10 filed by N.J. Taxation on or about August 26, 2019, is hereby allowed in the amount and priority filed, as if it had been timely filed by N.J. Taxation; and

(2)    IT IS FURTHER ORDERED THAT Claim 10 in the amount of $10,209.77 shall be paid in full through the Debtor's Chapter 13 Plan; ~~and~~ subject to amendment once 2015 State Income Tax return is processed. [initialed: VAH]

(3)    IT IS FURTHER ORDERED THAT the Plan will be amended to incorporate the terms of this Order; and

(4)    IT IS FURTHER ORDERED that the Trustee is hereby authorized to make distributions on account of Claim 10.


CONSENTED AS TO FORM AND ENTRY:

JENKINS & CLAYMAN                         GURBIR S. GREWAL
Attorneys for the Debtor                  Attorney General of New Jersey
                                          Counsel for New Jersey
                                          Division of Taxation

_____                   _____
Eric J. Clayman, Esq.                     Valerie Hamilton
                                          Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:  
Steven J. Bombaro  
    Debtor

Case No. 17-34784-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 08, 2019  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.  
db       +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:

          David  Nigro   on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Eric  Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,  
           connor@jenkinsclayman.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
           summarymail@standingtrustee.com  
          Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,  
           connor@jenkinsclayman.com  
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC  
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com  
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation  
           Valerie.Hamilton@law.njoag.gov  
          William M. E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
          William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
          William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com  
                                                                                                                TOTAL: 13