Printed on: 01/02/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2019 to 12/31/2019  
**Case Number: 17-34784 (JNP)**

Steven J. Bombaro  
3 Laurel Avenue  
Berlin, NJ  08009

Monthly Payment: $1,106.00  
Payments / Month: 1  
Current Trustee Comp.: 7.80%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 03/11/2019 | $836.00 | 05/30/2019 | $1,000.00 | 06/11/2019 | $836.00 | 07/15/2019 | $836.00 |
| 07/29/2019 | $836.00 | 10/25/2019 | $1,800.00 | 11/26/2019 | $1,800.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEVEN J. BOMBARO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,495.00 | $3,495.00 | $0.00 | $3,495.00 |
| 0 | JENKINS & CLAYMAN | 13 | $3,816.35 | $7,632.70 | $0.00 | $7,632.70 |
| 0 | STEVEN J. BOMBARO | 0 | $836.00 | $836.00 | $0.00 | $836.00 |
| 1 | BANK OF AMERICA, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | DITECH FINANCIAL, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | DEPARTMENT OF THE TREASURY | 28 | $46,380.38 | $0.00 | $46,380.38 | $0.00 |
| 4 | JOE & DONNA PAGANO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,485.96 | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY | 24 | $8,499.25 | $1,844.75 | $6,654.50 | $185.15 |
| 7 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DEPARTMENT OF THE TREASURY | 33 | $8,389.61 | $0.00 | $0.00 | $0.00 |
| 12 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DITECH FINANCIAL, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ADVANTA BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | BANK OF AMERICA, N.A. | 33 | $21,866.69 | $0.00 | $0.00 | $0.00 |
| 16 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | BANK OF AMERICA, N.A. | 33 | $17,939.28 | $0.00 | $0.00 | $0.00 |
| 18 | Business Card | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CNH INDUSTRIAL CAPITAL AMERICA, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CACH, LLC | 33 | $9,278.39 | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,690.28 | $0.00 | $0.00 | $0.00 |
| 22 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | CHASE INK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 26 | COUNTY CONSERVATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | DITECH FINANCIAL, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | AMERICREDIT FINANCIAL SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | DEPARTMENT OF THE TREASURY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | INK BY CHASE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | JOHNSON NURSERY CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | PAY PAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | STATE OF NEW JERSEY | 28 | $1,710.52 | $0.00 | $1,710.52 | $0.00 |
| 36 | SUBURBAN FAMILY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | WOODBURY CEMENT PRODUCTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2018 | 18.00 | $0.00 |
| 07/01/2019 | Paid to Date | $9,660.00 |
| 08/01/2019 | 41.00 | $1,106.00 |
| 01/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,944.00 |
| Total paid to creditors this period: | $12,148.85 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $2,200.00 |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**