**JENKINS & CLAYMAN**
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

|  |  |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Steven Bombaro<br>Debtors | CHAPTER 13 CASE NO. 17-34784 JNP<br><br>DEBTOR'S CERTIFICATION IN SUPPORT OF MODIFIED PLAN |

I, Steven Bombaro, by way of Certification hereby state:

1.  I am the Chapter 13 debtor in this case and I am hereby authorized to make this certification.

2.  After speaking with my attorneys recently, I've asked them to modify my plan in accordance with Section 1113 of the CARES Act as I have suffered a material financial hardship due to the coronavirus pandemic. Specifically, I operate a small business that does hardscaping and there has been a material decline in my business due to COVID-19 and the resultant financial hardship that many of my clients find themselves in limits their ability to have improvements like my hardscaping made to their lawns.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  May12 2020                                             /s/ Steven Bombaro
                                                                              Steven Bombaro, debtor