Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–34784–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steven J. Bombaro
dba Cousins Garden Design, LLC
3 Laurel Avenue
Berlin, NJ 08009

Social Security No.:
xxx–xx–6279

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 13, 2019.

On 5/13/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:           June 17, 2020
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 13, 2020
JAN: bed

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                                  Case No. 17-34784-JNP
Steven J. Bombaro                                                       Chapter 13
       Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2              Date Rcvd: May 13, 2020
                               Form ID: 185                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
db             +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO   80962)
517268579     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,   Wilmington, DE 19886-5019)
517268573      +Bank of America,    c/o of Powers Kirn,LLC,    728 Marne Highway,   Ste 200,
                 Moorestown, NJ 08057-3128
517314767       Bank of America, N.A.,    Bank of America,    P.O. Box 31785,   Tampa, FL 33631-3785
517313266      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517268582       Business Card,    PO Box 15710,   Wilmington, DE 19886-5710
517336313       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517268589       CNH Industrial Capital,    PO Box 292,   Racine, WI 53401-0292
517268590      +County Conservation,    212 Blackwood Barnsboro Road,    Sewell, NJ 08080-4202
517268574       Ditech,   PO Box 7169,    Pasadena, CA 91109-7169
517281899       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517268592       Ink by Chase,    PO Box 15298,   Wilmington, DE 19850-5298
517220784      +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
517268593      +Johnson Nursery Corp,    c/o JL Russell & Associates LTD,    13700 State Road,   Ste 4,
                 North Royalton, OH 44133-3967
518654054       New Residential Mortgage LLC,    P.O. Box 10826,   Greenville, SC 29603-0826
518654055       New Residential Mortgage LLC,    P.O. Box 10826,   Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,   Greenville, SC 29603-0826
518427889     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
517268577       State of NJ,    Division of Taxation,   PO Box 445,    Trenton, NJ 08695-0445
517220786       State of New Jersey,    Division of Taxation,   PO Box 445,    Trenton, NJ 08695-0445
517268596      +Suburban Family,    110 Centre Blvd,    Marlton, NJ 08053-4106
517260154       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
517268575      +Wells Fargo Home Mortgage,    PO Box 3117,    Winston Salem NC 27102-3117
517268597      +Woodbury Cement Products,    630 S. Evergreen Avenue,    Woodbury Heights, NJ 08097-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 13 2020 23:08:57      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 13 2020 23:08:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517268578      +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 13 2020 23:14:04      Advanta Bank,
                 PO Box 9217,   Old Bethpage, NY 11804-9017
517268583      +E-mail/PDF: resurgentbknotifications@resurgent.com May 13 2020 23:14:14      Cach LLC,
                 4340 S. Monaco Street,    Unit 2,   Denver CO 80237-3485
517268584      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 23:14:08      Cap One,
                 PO Box 30253,   Salt Lake City UT 84130-0253
517268585      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 23:14:55      Capital One Bank,
                 PO Box 70884,   Charlotte, NC 28272-0884
517268586       E-mail/Text: bnc@alltran.com May 13 2020 23:08:31      Chase Bank USA NA,
                 c/o United Recovery Systems,    PO Box 722929,   Houston, TX 77272-2929
517268591      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM May 13 2020 23:08:42      GM Financial,
                 PO Box 181145,   Arlington, TX 76096-1145
517220783       E-mail/Text: sbse.cio.bnc.mail@irs.gov May 13 2020 23:08:39      IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517268587       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 13 2020 23:14:27      Chase Freedom,
                 PO Box 15153,   Wilmington, DE 19886-5153
517268588       E-mail/PDF: ais.chase.ebn@americaninfosource.com May 13 2020 23:14:27      Chase Ink,
                 PO Box 15298,   Wilmington, DE 19850-5298
517268595       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 23:14:10
                 Portfolio Recovery Assoc LLC,    c/o Thomas Murtha,    140 Corporate Blvd,   Norfolk, VA 23502
517334042       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 23:14:10
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
517252511       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 23:14:33
                 Portfolio Recovery Associates, LLC,    c/o Capital One,   POB 41067,   Norfolk VA 23541
517268594       E-mail/PDF: gecsedi@recoverycorp.com May 13 2020 23:14:28      Pay Pal,   PO Box 960080,
                 Orlando, FL 32896-0080
                                                                                              TOTAL: 15
```

```
District/off: 0312-1              User: admin                Page 2 of 2                  Date Rcvd: May 13, 2020
                                  Form ID: 185               Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517220781        Bank of America
517220782        Greentree
517220785        Schedule F debt
517220787        Wells Fargo Home Mortgage
517268580*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268581*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bank of America,    PO box 982235,    El Paso, TX 79998)
517268576*       +IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517268598*       +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
                                                                                          TOTALS: 4, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
               ajennings@rasflaw.com
              David  Nigro    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              William M. E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                              TOTAL: 14
```