**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF:<br>Steven Bombaro<br><br>debtors | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13 CASE NO. 17-34784 JNP<br><br>CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On May 12, 2020 our office filed a Motion to Object to Claims of State of New Jersey Division of Taxation (docket #70).

2. We respectfully request that this entry be withdrawn.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 06/22/2020                    /s/ Eric J Clayman
                                     By: Eric J Clayman, Esquire