**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

IN RE:

Steven Bombaro

Debtor(s).

Proceedings in Chapter 13

Case No.: 17-34784

Hearing Date: September 16, 2020

**DEBTOR'S CERTIFICATION IN SUPPORT OF MODIFICATION**
**OF CHAPTER 13 PLAN DUE TO COVID-19**

I am (we are) the debtor(s) in the above Chapter 13 case, and make this Certification in support of an application to file a Modified Plan pursuant to 11 U.S.C. § 1329(d).

1. The Chapter 13 Plan was originally confirmed on <u>August 13, 2019</u>.

2. I am (we are) experiencing or have experienced a material financial hardship directly or indirectly as a result of the COVID-19 pandemic, beginning on or about <u>late March 2020</u>.

3. Due to the COVID-19 pandemic, my (our) income has been adversely impacted in the following way(s), as is reflected on an amended Schedule I filed separately with the Court:
<u>I receive the majority of my income by working for the union as a stagehand. Obviously, there have been significantly fewer shows or other events for me to participate and set up. As a result, my income has been substantially reduced as a result of the COVID-19 pandemic. We have not yet amended Schedules I and J until we can confirm my present income and expenses.</u>

4. Due to the COVID-19 pandemic, my (our) expenses have increased in the following way(s), as reflected on an amended Schedule J filed separately with the Court:
<u>We have not yet amended Schedules I and J until we can confirm my present income and expenses.</u>

5. I (we) expect this financial hardship to continue for <u>the foreseeable future</u>.

6. I am (we are) seeking to extend the term of the Chapter 13 Plan to <u>80 months</u>.

I (we) hereby certify that the foregoing statements are true to the best of my (our) knowledge, information and belief. I am (we are) aware that if any of the foregoing statements are willfully false, I am (we are) subject to punishment.

___/s/Steven Bombaro_____

_____

Dated: <u>August 7, 2020</u>