Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.:  17−34784−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven J. Bombaro
    dba Cousins Garden Design, LLC
    3 Laurel Avenue
    Berlin, NJ 08009

Social Security No.:
    xxx−xx−6279

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                  10/7/20
Time:                10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

       An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

       **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 21, 2020
JAN: kvr

                                                                                  Jeanne Naughton
                                                                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-34784-JNP
Steven J. Bombaro                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Aug 21, 2020
                              Form ID: 132             Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
```
db             +Steven J. Bombaro,    3 Laurel Avenue,    Berlin, NJ 08009-1217
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
517268579     ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268573      +Bank of America,   c/o of Powers Kirn,LLC,    728 Marne Highway,    Ste 200,
                 Moorestown, NJ 08057-3128
517314767       Bank of America, N.A.,    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
517313266      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517268582       Business Card,   PO Box 15710,    Wilmington, DE 19886-5710
517336313       CACH, LLC its successors and assigns as assignee,    of FIA Card Services, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517268589       CNH Industrial Capital,    PO Box 292,    Racine, WI 53401-0292
517268590      +County Conservation,    212 Blackwood Barnsboro Road,    Sewell, NJ 08080-4202
517268574       Ditech,   PO Box 7169,    Pasadena, CA 91109-7169
517281899       Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517268592       Ink by Chase,   PO Box 15298,    Wilmington, DE 19850-5298
517220784      +Joe & Donna Pagano,    19 Hollybrook Drive,    Sewell, NJ 08080-1549
517268593      +Johnson Nursery Corp,    c/o JL Russell & Associates LTD,    13700 State Road,   Ste 4,
                 North Royalton, OH 44133-3967
518654054       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518654055       New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826,
                 New Residential Mortgage LLC,    P.O. Box 10826,    Greenville, SC 29603-0826
518427889     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517268577       State of NJ,   Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517220786       State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
517268596      +Suburban Family,    110 Centre Blvd,    Marlton, NJ 08053-4106
517260154       Wells Fargo Bank, N.A.,    1 Home Campus X2303-01A,    Des Moines, IA 50328-0001
517268575      +Wells Fargo Home Mortgage,    PO Box 3117,    Winston Salem NC 27102-3117
517268597      +Woodbury Cement Products,    630 S. Evergreen Avenue,    Woodbury Heights, NJ 08097-1006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2020 00:56:33     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2020 00:56:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517268578      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 22 2020 01:06:38      Advanta Bank,
                 PO Box 9217,    Old Bethpage, NY 11804-9017
517268583      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2020 01:04:22      Cach LLC,
                 4340 S. Monaco Street,    Unit 2,   Denver CO 80237-3485
517268584      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2020 01:05:37      Cap One,
                 PO Box 30253,    Salt Lake City UT 84130-0253
517268585      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 22 2020 01:17:46      Capital One Bank,
                 PO Box 70884,    Charlotte, NC 28272-0884
517268586       E-mail/Text: bnc@alltran.com Aug 22 2020 00:55:51     Chase Bank USA NA,
                 c/o United Recovery Systems,    PO Box 722929,    Houston, TX 77272-2929
517268591      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 22 2020 00:56:05      GM Financial,
                 PO Box 181145,    Arlington, TX 76096-1145
517220783       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 22 2020 00:55:59     IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517268587       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 22 2020 01:06:57      Chase Freedom,
                 PO Box 15153,    Wilmington, DE 19886-5153
517268588       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 22 2020 01:17:25      Chase Ink,
                 PO Box 15298,    Wilmington, DE 19850-5298
517268595       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2020 01:05:29
                 Portfolio Recovery Assoc LLC,    c/o Thomas Murtha,    140 Corporate Blvd,   Norfolk, VA 23502
517334042       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2020 01:05:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
517252511       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2020 01:06:46
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,   Norfolk VA 23541
517268594       E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2020 01:04:10     Pay Pal,   PO Box 960080,
                 Orlando, FL 32896-0080
                                                                                              TOTAL: 15
```

```
District/off: 0312-1          User: admin               Page 2 of 2               Date Rcvd: Aug 21, 2020
                              Form ID: 132              Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517220781         Bank of America
517220782         Greentree
517220785         Schedule F debt
517220787         Wells Fargo Home Mortgage
517268580*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
517268581*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:  Bank of America,    PO box 982235,    El Paso, TX 79998)
517268576*       +IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517268598*       +Joe & Donna Pagano,   19 Hollybrook Drive,    Sewell, NJ 08080-1549
                                                                                       TOTALS: 4, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              Aleisha Candace Jennings    on behalf of Creditor    New Residential Mortgage LLC
               ajennings@rasflaw.com
              David  Nigro    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Creditor    New Jersey Division of Taxation
               Valerie.Hamilton@law.njoag.gov
              William M. E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Bank of America, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 14
```