Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  17−34784−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Steven J. Bombaro
    dba Cousins Garden Design, LLC
    3 Laurel Avenue
    Berlin, NJ 08009

Social Security No.:
    xxx−xx−6279

Employer's Tax I.D. No.:

_____

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 13, 2019.

On November 16, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                 January 6, 2021
Time:                 10:00 AM
Location:             4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 17, 2020
JAN: eag

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 17-34784-JNP

Steven J. Bombaro                                                                            Chapter 13
      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                        Page 1 of 3
Date Rcvd: Nov 17, 2020                     Form ID: 185                                    Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J. Bombaro, 3 Laurel Avenue, Berlin, NJ 08009-1217 |
| cr | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517268579 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517268573 | + | Bank of America, c/o of Powers Kirn,LLC, 728 Marne Highway, Ste 200, Moorestown, NJ 08057-3128 |
| 517314767 | | Bank of America, N.A., Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517313266 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517268582 | | Business Card, PO Box 15710, Wilmington, DE 19886-5710 |
| 517336313 | | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517268589 | | CNH Industrial Capital, PO Box 292, Racine, WI 53401-0292 |
| 517268590 | + | County Conservation, 212 Blackwood Barnsboro Road, Sewell, NJ 08080-4202 |
| 517268575 | | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517281899 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517268592 | | Ink by Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 517220784 | + | Joe & Donna Pagano, 19 Hollybrook Drive, Sewell, NJ 08080-1549 |
| 517268593 | + | Johnson Nursery Corp, c/o JL Russell & Associates LTD, 13700 State Road, Ste 4, North Royalton, OH 44133-3967 |
| 518654054 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654055 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518427889 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517268577 | | State of NJ, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 517220786 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 517268596 | + | Suburban Family, 110 Centre Blvd, Marlton, NJ 08053-4106 |
| 517260154 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517268575 | + | Wells Fargo Home Mortgage, PO Box 3117, Winston Salem NC 27102-3117 |
| 517268597 | + | Woodbury Cement Products, 630 S. Evergreen Avenue, Woodbury Heights, NJ 08097-1006 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 17 2020 21:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 17 2020 21:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517268578 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 17 2020 22:02:10 | Advanta Bank, PO Box 9217, Old Bethpage, NY 11804-9017 |
| 517268583 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 17 2020 22:01:28 | Cach LLC, 4340 S. Monaco Street, Unit 2, Denver CO 80237-3485 |
| 517268584 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 17 2020 22:03:08 | Cap One, PO Box 30253, Salt Lake City UT |

District/off: 0312-1                                      User: admin                                              Page 2 of 3
Date Rcvd: Nov 17, 2020                               Form ID: 185                                         Total Noticed: 39

|  |  |  |  |
|---|---|---|---|
|  |  |  | 84130-0253 |
| 517268585 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
|  |  | Nov 17 2020 22:02:16 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517268586 | Email/Text: bnc@alltran.com | | |
|  |  | Nov 17 2020 21:38:00 | Chase Bank USA NA, c/o United Recovery Systems, PO Box 722929, Houston, TX 77272-2929 |
| 517268591 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
|  |  | Nov 17 2020 21:39:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517220783 | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
|  |  | Nov 17 2020 21:38:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517268587 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
|  |  | Nov 17 2020 22:03:08 | Chase Freedom, PO Box 15153, Wilmington, DE 19886-5153 |
| 517268588 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
|  |  | Nov 17 2020 22:03:08 | Chase Ink, PO Box 15298, Wilmington, DE 19850-5298 |
| 517268595 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Nov 17 2020 22:01:26 | Portfolio Recovery Assoc LLC, c/o Thomas Murtha, 140 Corporate Blvd, Norfolk, VA 23502 |
| 517334042 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Nov 17 2020 22:03:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517252511 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
|  |  | Nov 17 2020 22:01:26 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 517268594 | Email/PDF: gecsedi@recoverycorp.com | | |
|  |  | Nov 17 2020 22:03:03 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517220781 | | Bank of America |
| 517220782 | | Greentree |
| 517220785 | | Schedule F debt |
| 517220787 | | Wells Fargo Home Mortgage |
| 517268580 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517268581 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO box 982235, El Paso, TX 79998 |
| 517268576 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517268598 | *+ | Joe & Donna Pagano, 19 Hollybrook Drive, Sewell, NJ 08080-1549 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 19, 2020                              Signature:            /s/Joseph Speetjens

District/off: 0312-1                  User: admin                            Page 3 of 3

Date Rcvd: Nov 17, 2020          Form ID: 185                        Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@rasflaw.com |
| David Nigro | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 14