Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−34784−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J. Bombaro
   dba Cousins Garden Design, LLC
   3 Laurel Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−6279

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 6, 2021.

Dated: January 6, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 17-34784-JNP |
|---|---|
| Steven J. Bombaro | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2021 | Form ID: plncf13 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J. Bombaro, 3 Laurel Avenue, Berlin, NJ 08009-1217 |
| cr | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517268579 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517268573 | + | Bank of America, c/o of Powers Kirn,LLC, 728 Marne Highway, Ste 200, Moorestown, NJ 08057-3128 |
| 517314767 | | Bank of America, N.A., Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517313266 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517268582 | | Business Card, PO Box 15710, Wilmington, DE 19886-5710 |
| 517336313 | | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517268589 | | CNH Industrial Capital, PO Box 292, Racine, WI 53401-0292 |
| 517268590 | + | County Conservation, 212 Blackwood Barnsboro Road, Sewell, NJ 08080-4202 |
| 517268574 | | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517281899 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517268592 | | Ink by Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 517220784 | + | Joe & Donna Pagano, 19 Hollybrook Drive, Sewell, NJ 08080-1549 |
| 517268593 | + | Johnson Nursery Corp, c/o JL Russell & Associates LTD, 13700 State Road, Ste 4, North Royalton, OH 44133-3967 |
| 518654054 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654055 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 518427889 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517268577 | | State of NJ, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 517220786 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 517268596 | + | Suburban Family, 110 Centre Blvd, Marlton, NJ 08053-4106 |
| 517260154 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |
| 517268575 | + | Wells Fargo Home Mortgage, PO Box 3117, Winston Salem NC 27102-3117 |
| 517268597 | + | Woodbury Cement Products, 630 S. Evergreen Avenue, Woodbury Heights, NJ 08097-1006 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 06 2021 21:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 06 2021 21:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517268578 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 06 2021 22:10:52 | Advanta Bank, PO Box 9217, Old Bethpage, NY 11804-9017 |
| 517268583 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2021 22:11:15 | Cach LLC, 4340 S. Monaco Street, Unit 2, Denver CO 80237-3485 |
| 517268584 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:13:30 | Cap One, PO Box 30253, Salt Lake City UT |

District/off: 0312-1                     User: admin                                    Page 2 of 3

Date Rcvd: Jan 06, 2021                  Form ID: plncf13                               Total Noticed: 39

| | | | |
|---|---|---|---|
| | | | 84130-0253 |
| 517268585 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 06 2021 22:13:30 | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517268586 | Email/Text: bnc@alltran.com | Jan 06 2021 21:49:00 | Chase Bank USA NA, c/o United Recovery Systems, PO Box 722929, Houston, TX 77272-2929 |
| 517268591 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2021 21:49:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517220783 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 06 2021 21:49:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517268587 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 06 2021 22:08:20 | Chase Freedom, PO Box 15153, Wilmington, DE 19886-5153 |
| 517268588 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 06 2021 22:13:29 | Chase Ink, PO Box 15298, Wilmington, DE 19850-5298 |
| 517268595 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 22:11:11 | Portfolio Recovery Assoc LLC, c/o Thomas Murtha, 140 Corporate Blvd, Norfolk, VA 23502 |
| 517334042 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 22:08:28 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517252511 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 06 2021 22:08:28 | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 517268594 | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2021 22:13:28 | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517220781 | | Bank of America |
| 517220782 | | Greentree |
| 517220785 | | Schedule F debt |
| 517220787 | | Wells Fargo Home Mortgage |
| 517268580 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517268581 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO box 982235, El Paso, TX 79998 |
| 517268576 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517268598 | *+ | Joe & Donna Pagano, 19 Hollybrook Drive, Sewell, NJ 08080-1549 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2021                  Signature:        /s/Joseph Speetjens

District/off: 0312-1                          User: admin                                    Page 3 of 3
Date Rcvd: Jan 06, 2021                     Form ID: plncf13                            Total Noticed: 39

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com |
| David Nigro | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 14