| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | |
| In Re: <br><br> Steven J. Bombaro | Case No.: 1:2017-bk-34784 <br><br> Adversary No.: <br><br> Chapter: 13 <br><br> Judge: Judge Jerrold N. Poslusny Jr. |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type: Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:
Wells Fargo Bank, N.A.
MAC X2303-01A
1 Home Campus
Des Moines, IA 50328

New address:
Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.: 800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/03/2022            /s/ Heather Monique Cole
                                          Signature

*rev.8/1/2021*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE:                                                                                  CASE NO.:   17-34784

**Steven J. Bombaro**                                                      CHAPTER:   13

**Debtor(s).**

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on or before February 04, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Steven J. Bombaro
3 Laurel Avenue
Berlin, NJ 08009


*Debtor's Attorney:*       *By CM / ECF Filing:*

Eric Clayman
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106


*By CM / ECF Filing:*

Jeffrey E. Jenkins
Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106


*By CM / ECF Filing:*

| | |
|---|---|
| *Debtor's Attorney:* | David Nigro<br>Jenkins & Clayman<br>412 S White Horse Pike<br>Audubon, NJ 08106 |
| *Trustee:* | *By CM / ECF Filing:*<br>Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 |

/s/ John Shelley
_____
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)