Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−34784−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven J. Bombaro
   dba Cousins Garden Design, LLC
   3 Laurel Avenue
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−6279

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       4/20/23
Time:       02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jeffrey E. Jenkins, Debtor's Attorney, period: 3/6/2019 to 1/5/2021

COMMISSION OR FEES
Fees: $5,615.00

EXPENSES
$69.05

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 16, 2023
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:      Case No. 17-34784-JNP
Steven J. Bombaro      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3
Date Rcvd: Mar 16, 2023     Form ID: 137     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J. Bombaro, 3 Laurel Avenue, Berlin, NJ 08009-1217 |
| 517268573 | + | Bank of America, c/o of Powers Kirn,LLC, 728 Marne Highway, Ste 200, Moorestown, NJ 08057-3128 |
| 517268582 | | Business Card, PO Box 15710, Wilmington, DE 19886-5710 |
| 517268589 | | CNH Industrial Capital, PO Box 292, Racine, WI 53401-0292 |
| 517268590 | + | County Conservation, 212 Blackwood Barnsboro Road, Sewell, NJ 08080-4202 |
| 517268574 | | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517281899 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517268592 | | Ink by Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 517220784 | + | Joe & Donna Pagano, 19 Hollybrook Drive, Sewell, NJ 08080-1549 |
| 517268593 | + | Johnson Nursery Corp, c/o JL Russell & Associates LTD, 13700 State Road, Ste 4, North Royalton, OH 44133-3967 |
| 517268577 | | State of NJ, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 518427889 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517220786 | | State of New Jersey, Division of Taxation, PO Box 445, Trenton, NJ 08695-0445 |
| 517268596 | + | Suburban Family, 110 Centre Blvd, Marlton, NJ 08053-4106 |
| 517268575 | + | Wells Fargo Home Mortgage, PO Box 3117, Winston Salem NC 27102-3117 |
| 517268597 | + | Woodbury Cement Products, 630 S. Evergreen Avenue, Woodbury Heights, NJ 08097-1006 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2023 21:11:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2023 21:11:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Mar 16 2023 21:11:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 517268578 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 16 2023 21:17:02 | Advanta Bank, PO Box 9217, Old Bethpage, NY 11804-9017 |
| 517268579 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 16 2023 21:10:00 | Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517268581 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 16 2023 21:10:00 | Bank of America, PO box 982235, El Paso, TX 79998 |
| 517313266 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 16 2023 21:11:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517314767 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 16 2023 21:10:00 | Bank of America, N.A., Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 517336313 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2023 21:17:07 | CACH, LLC its successors and assigns as assignee, of FIA Card Services, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: 137 | Total Noticed: 41 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 517268583 | + | Email/PDF: resurgentbknotifications@resurgent.com Mar 16 2023 21:17:08 | | Cach LLC, 4340 S. Monaco Street, Unit 2, Denver CO 80237-3485 |
| 517268584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Mar 16 2023 21:17:12 | | Cap One, PO Box 30253, Salt Lake City UT 84130-0253 |
| 517268585 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Mar 16 2023 21:16:54 | | Capital One Bank, PO Box 70884, Charlotte, NC 28272-0884 |
| 517268586 | | Email/Text: bnc@alltran.com Mar 16 2023 21:11:00 | | Chase Bank USA NA, c/o United Recovery Systems, PO Box 722929, Houston, TX 77272-2929 |
| 517268591 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 16 2023 21:11:00 | | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517220783 | | Email/Text: sbse.cio.bnc.mail@irs.gov Mar 16 2023 21:11:00 | | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517268587 | | Email/PDF: ais.chase.ebn@aisinfo.com Mar 16 2023 21:17:02 | | Chase Freedom, PO Box 15153, Wilmington, DE 19886-5153 |
| 517268588 | | Email/PDF: ais.chase.ebn@aisinfo.com Mar 16 2023 21:17:12 | | Chase Ink, PO Box 15298, Wilmington, DE 19850-5298 |
| 518654055 | | Email/Text: mtgbk@shellpointmtg.com Mar 16 2023 21:11:00 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654054 | | Email/Text: mtgbk@shellpointmtg.com Mar 16 2023 21:11:00 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517268595 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2023 21:17:06 | | Portfolio Recovery Assoc LLC, c/o Thomas Murtha, 140 Corporate Blvd, Norfolk, VA 23502 |
| 517334042 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2023 21:16:57 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 517252511 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 16 2023 21:16:57 | | Portfolio Recovery Associates, LLC, c/o Capital One, POB 41067, Norfolk VA 23541 |
| 517268594 | | Email/PDF: gecsedi@recoverycorp.com Mar 16 2023 21:17:16 | | Pay Pal, PO Box 960080, Orlando, FL 32896-0080 |
| 519500716 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Mar 16 2023 21:17:05 | | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517260154 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Mar 16 2023 21:17:14 | | Wells Fargo Bank, N.A., 1 Home Campus X2303-01A, Des Moines, IA 50328-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517220781 | | Bank of America |
| 517220782 | | Greentree |
| 517220785 | | Schedule F debt |
| 517220787 | | Wells Fargo Home Mortgage |
| 517268580 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886-5019 |
| 517268576 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517268598 | *+ | Joe & Donna Pagano, 19 Hollybrook Drive, Sewell, NJ 08080-1549 |

TOTAL: 4 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 17-34784-JNP    Doc 104    Filed 03/18/23    Entered 03/19/23 00:15:26    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2023 | Form ID: 137 | Total Noticed: 41 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor New Residential Mortgage LLC ajennings@raslg.com |
| David Nigro | on behalf of Debtor Steven J. Bombaro jenkins.clayman@verizon.net |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Steven J. Bombaro mail@jenkinsclayman.com JenkinsClayman@jubileebk.net |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division of Taxation Valerie.Hamilton@law.njoag.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 12