UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS LAW GROUP
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Steven Bombaro

Debtor

Order Filed on April 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-34784

Chapter: 13

Judge: JNP

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 21, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jeffrey E. Jenkins _____, the applicant, is allowed a fee of $ _____ 5,615.00 _____ for services rendered and expenses in the amount of $ _____ 69.05 _____ for a total of $ _____ 5,684.05 _____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 1,255 _____ per month for _____ 17 _____ months to allow for payment of the aforesaid fee.

The Trustee overpaid Jenkins Law Group $3,816.35 on our last fee application. Accordingly, that overpayment will be part of the allowance on this fee application. The impact to debtor's plan only relates to the $1,867.70 balance.

*Revised 10/3/02*