# Office of the Chapter 13 Standing Trustee

## Andrew B. Finberg, Chapter 13 Standing Trustee

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**

*\*Certified Bankruptcy Assistant*

October 3, 2023

The Honorable Judge Jerrold N. Poslusny, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

  RE:  Chapter 13 Bankruptcy  
     Debtor(s) Name: **STEVEN J. BOMBARO**  
     Case No.    **17-34784 (JNP)**  
     Hearing Date:  **11/17/23**

Dear Judge Jerrold N. Poslusny, Jr.:

  Please withdraw the Trustee's Certification of Default/Motion to Dismiss in connection with the above-captioned case.

  Please feel free to contact me if you have any questions or require additional information.

              Respectfully submitted,

              ***OFFICE OF THE CHAPTER 13***  
              ***STANDING TRUSTEE***

              */s/ Andrew B. Finberg*  
              Andrew B. Finberg  
              Chapter 13 Standing Trustee

ABF:  
cc:  Jenkins Law Group (Via Electronic Case Filing / ECF)  
    Steven J. Bombaro (Via Regular Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**